JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIE RODNEY PAYNE,<br><br>    Petitioner,<br><br>    v.<br><br>C. GIPSON, Warden,<br><br>    Respondent.<br>_____ | Case No. ED CV 12-1377-CAS (SP)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: February 21, 2013

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE