JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STEVIE RODNEY PAYNE,

    Petitioner,

v.

C. GIPSON, Warden,

    Respondent.

Case No. 5:12-cv-1377-CAS-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: April 7, 2025

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE